THE HONORABLE ROBERT S. LASNIK

1

2 Timothy J. Repass, WSBA #38373
Gavin M. Radkey, WSBA #48253
3 WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
4 Seattle, Washington 98101-4001
Phone: 206-204-6800
5 Fax: 206-299-0400
trepass@wshblaw.com
6 gradkey@wshblaw.com

7 Attorneys for Harris Rebar Seattle, Inc.

8

9 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
10 **AT SEATTLE**

11 | DEVIN A. WHITTIER, Individually, | Civil Action No. 2:17-cv-751 |

12 | Plaintiff, | **NOTICE OF APPEARANCE FOR**
**DEFENDANT HARRIS REBAR**
13 | v. | **SEATTLE, INC.'S**

14 | SEATTLE TUNNEL PARTNERS, a joint
venture; HARRIS REBAR SEATTLE, INC., a
15 | Delaware corporation,

16 | Defendant.

17

18 TO:         THE CLERK OF THE COURT

19 AND TO:     ALL PARTIES OF RECORD AND THEIR COUNSEL

20          Please take notice that Timothy J. Repass, Gavin M. Radkey and WOOD SMITH

21 HENNING & BERMAN LLP hereby appear as attorneys for Defendant Harris Rebar Seattle,

22 Inc.  You are directed to serve all pleadings and papers, except original process, upon such

23 attorneys.

24

25

NOTICE OF APPEARANCE- 1
(2:17-cv-751)

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

1

DATED: June 8, 2017

WOOD, SMITH, HENNING & BERMAN LLP

2

3

4

Timothy J. Repass, WSBA #38373
trepass@wshblaw.com
Gavin M. Radkey, WSBA #48253
gradkey@wshblaw.com
Attorneys for Defendant Harris Rebar Seattle, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE- 2
(2:17-cv-751)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

1    I hereby certify that on June 9, 2017 I electronically filed this Notice of Appearance of Harris
     Rebar Seattle, Inc. with the Clerk of the Court using the CM/EDF.

2

3    I hereby certify that the following have been served via CM/EDF electronic service:

4    **COUNSEL FOR PLAINTIFF**              **COUNSEL FOR STP**
     R. Randall Harrison                     Michael A. Jaeger
5    TORRONE LAW OFFICES, LLC                Keith M. Hayasaka
     3300 One Union Square                   LEWIS BRISBOIS BISGAARD & SMITH LLP
6    705 S. 9th Street, Suite 201            1111 Third Avenue, Suite 2700
     Tacoma, WA 98405                        Seattle, WA 98101
7    Email: randy@randyharrisonlaw.com       Email: Michael.Jaeger@lewisbrisbois.com
                                                     Keith.Hayasaka@lewisbrisbois.com
8

9           DATED this 9th day of June, 2017.

10

11

12                                           Renee Faulds, Legal Assistant
                                             rfaulds@wshblaw.com
13

     LEGAL:05488-0658/7429007.1
14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE- 3                      **WOOD, SMITH, HENNING & BERMAN LLP**
(2:17-cv-751)                                        520 Pike Street, Suite 1525
                                                    Seattle, Washington 98101-4001
                                                           206-204-6800