THE HONORABLE ROBERT S. LASNIK

Timothy J. Repass, WSBA #38373
Gavin M. Radkey, WSBA #48253
WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
Phone: 206-204-6800
Fax: 206-299-0400
trepass@wshblaw.com
gradkey@wshblaw.com

Attorneys for Harris Rebar Seattle, Inc.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 2:17-cv-751 <br><br> **NOTICE OF APPEARANCE FOR DEFENDANT HARRIS REBAR SEATTLE, INC.'S** |

TO:         THE CLERK OF THE COURT

AND TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL

Please take notice that Timothy J. Repass, Gavin M. Radkey and WOOD SMITH HENNING & BERMAN LLP hereby appear as attorneys for Defendant Harris Rebar Seattle, Inc. You are directed to serve all pleadings and papers, except original process, upon such attorneys.

NOTICE OF APPEARANCE- 1
(2:17-cv-751)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

| | | |
|---|---|---|
| 1 | DATED: June 12, 2017 | WOOD, SMITH, HENNING & BERMAN LLP |

_[signature]_

Gavin M. Radkey, WSBA #48253
gradkey@wshblaw.com
Attorneys for Defendant Harris Rebar Seattle, Inc.

NOTICE OF APPEARANCE- 2
(2:17-cv-751)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

I hereby certify that on June 12, 2017 I electronically filed this Notice of Appearance of Harris Rebar Seattle, Inc. with the Clerk of the Court using the CM/EDF.

I hereby certify that the following have been served via CM/EDF electronic service:

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR STP** |
|---|---|
| R. Randall Harrison | Michael A. Jaeger |
| TORRONE LAW OFFICES, LLC | Keith M. Hayasaka |
| 3300 One Union Square | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 705 S. 9th Street, Suite 201 | 1111 Third Avenue, Suite 2700 |
| Tacoma, WA 98405 | Seattle, WA 98101 |
| Email: randy@randyharrisonlaw.com | Email: Michael.Jaeger@lewisbrisbois.com |
| | Keith.Hayasaka@lewisbrisbois.com |

DATED this 12th day of June, 2017.

_Renee Faulds_
Renee Faulds, Legal Assistant
rfaulds@wshblaw.com

LEGAL:05488-0658/7437666.1

NOTICE OF APPEARANCE- 3
(2:17-cv-751)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800