HONORABLE ROBERT S. LASNIK

Michael A. Jaeger, WSBA #23166
Keith M. Hayasaka, WSBA #51949
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020
FAX: (206) 436-2030
Michael.Jaeger@lewisbrisbois.com
Keith.Hayasaka@lewisbrisbois.com

Attorneys for Seattle Tunnel Partners

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| DEVIN A. WHITTIER, Individually,<br><br>        Plaintiff,<br>    vs.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation;<br><br>        Defendants. | Case No. 2:17-cv-00751<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES<br><br>**NOTED FOR CONSIDERATION:**<br>**JULY 20, 2017** |

Pursuant to the agreed Stipulated Motion to Extend Deadline to Join Additional Parties, IT IS HEREBY ORDERED the deadline to join additional parties is extended through and including **October 23, 2017**. All other deadlines and dates remain unchanged.

DATED this 28th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

4827-3974-6123.1 ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE TO JOIN ADDITIONAL PARTIES - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020