HONORABLE ROBERT S. LASNIK

Michael A. Jaeger, WSBA #23166
Keith M. Hayasaka, WSBA #51949
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020
FAX: (206) 436-2030
Michael.Jaeger@lewisbrisbois.com
Keith.Hayasaka@lewisbrisbois.com

Attorneys for Seattle Tunnel Partners

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| DEVIN A. WHITTIER, Individually,<br><br>　　　　Plaintiff,<br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation;<br><br>　　　　Defendants. | Case No. 2:17-cv-00751<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO JOIN ADDITIONAL PARTIES AND FOR EXPERT REPORTS<br><br>[PROPOSED]<br><br>**NOTED FOR CONSIDERATION:**<br>**OCTOBER 31, 2017** |

Pursuant to the agreed Stipulated Motion to Extend Deadlines to Join Additional Parties and for Expert Reports, IT IS HEREBY ORDERED the deadline to join additional parties is extended through and including **November 13, 2017**.

In addition, the deadline to submit expert reports is extended through and including **December 20, 2017** and a deadline shall be established to allow Defendants to submit expert rebuttal reports through and including **January 10, 2018**.

4825-7743-9827.1 ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO JOIN ADDITIONAL PARTIES AND FOR EXPERT REPORTS - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

All other deadlines and dates remain unchanged.

DATED this **1st** day of **Nov.**, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
ROBERT S. LASNIK

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ Michael A. Jaeger*

*/s/ Keith M. Hayasaka*
   Michael A. Jaeger, WSBA #23166
   Keith M. Hayasaka, WSBA #51949
   1111 Third Avenue, Suite 2700
   Seattle, WA 98101
   (206) 436-2020 / (206) 436-2030 Fax
   E-mail: Michael.Jaeger@lewisbrisbois.com
   Keith.Hayasaka@lewisbrisbois.com
   *Attorneys for Defendant Seattle Tunnel Partners*


Approved as to form; notice of presentation waived:

TORRONE LAW LLC

By: */s/ R. Randall Harrison*
   R. Randall Harrison, WSBA #16514
   705 South 9th Street, Suite 201
   Tacoma, WA 98405
   (253) 732-9866 / (253) 369-3123 Fax
   E-mail: randy@randyharrisonlaw.com
   *Attorneys for Plaintiff*

4825-7743-9827.1 ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES TO JOIN ADDITIONAL PARTIES
AND FOR EXPERT REPORTS - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

| | |
|---|---|
| 1 | WOOD SMITH HENNING & BERMAN LLP |
| 2 | By: /s/ Timothy J. Repass |
| 3 | Timothy J. Repass, WA Bar No. 38373 |
| | 520 Pike Street, Suite 1525 |
| 4 | Seattle, Washington 98101 |
| | (206) 204-6802 / (206) 299-0400 Fax |
| 5 | E-mail: trespass@wshblaw.com |
| | *Attorneys for Harris Rebar Seattle, Inc.* |

4825-7743-9827.1 ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINES TO JOIN ADDITIONAL PARTIES
AND FOR EXPERT REPORTS - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020