Timothy J. Repass, WSBA #38373
  trepass@wshblaw.com
Gavin Radkey, WSBA #48253
  gradkey@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
Phone 206-204-6800
Fax 206-299-0400
Attorneys for Defendant Harris Rebar Seattle, Inc.

The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DEVIN A. WHITTIER, Individually,<br><br>        Plaintiff,<br><br>     v.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 2:17-cv-751<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO JOIN ADDITIONAL PARTIES |

      Pursuant to the agreed Stipulated Motion to Extend Deadlines to Join Additional Parties, IT IS HEREBY ORDERED the deadline to join additional parties is extended through and including **December 8, 2017**.

      All other deadlines and dates remain unchanged.

      DATED this 15th day of November, 2017.

Robert S. Lasnik
United States District Judge

Presented by:

WOOD SMITH HENNING & BERMAN LLP

By:    */s/ Gavin M. Radkey*
        Timothy J. Repass, WA Bar No. 38373
        Gavin M. Radkey, WA Bar No. 48253
        520 Pike Street, Suite 1525
        Seattle, Washington 98101
        (206) 204-6802 / (206) 299-0400 Fax
        E-mail: trespass@wshblaw.com
        E-mail: gradkey@wshblaw.com
        *Attorneys for Harris Rebar Seattle, Inc.*


Approved as to form; notice of presentation waived:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Keith M. Hayasaka*
        Michael A. Jaeger, WSBA #23166
        Keith M. Hayasaka, WSBA #51949
        1111 Third Avenue, Suite 2700
        Seattle, WA 98101
        (206) 436-2020 / (206) 436-2030 Fax
        E-mail: Michael.Jaeger@lewisbrisbois.com
        Keith.Hayasaka@lewisbrisbois.com
        *Attorneys for Defendant Seattle Tunnel*
        *Partners*

TORRONE LAW LLC

By: */s/ R. Randall Harrison*
        R. Randall Harrison, WSBA #16514
        705 South 9th Street, Suite 201
        Tacoma, WA 98405
        (253) 732-9866 / (253) 369-3123 Fax
        E-mail: randy@randyharrisonlaw.com
        *Attorneys for Plaintiff*

LEGAL:05488-0450/8166654.1

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES TO JOIN ADDITIONAL
PARTIES - 2
(2:17-cv-751)

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800