UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
DEVIN A. WHITTIER,                             )
                                               )   No. C17-0751RSL
                Plaintiff,                     )
        v.                                     )   ORDER GRANTING MOTION FOR
                                               )   RELIEF FROM DEADLINE AND
SEATTLE TUNNEL PARTNERS, *et al.*,             )   MOTION TO AMEND
                                               )
                Defendants.                    )
_____)

This matter comes before the Court on "Plaintiff's Motion for Relief from Deadline" (Dkt. # 30) and "Plaintiff's Motion to Amend Complaint to Add Party" (Dkt. # 31). The motions are unopposed and therefore GRANTED. Plaintiff shall, within three days of the date of this Order, file an amended complaint naming HNTB Corporation as a defendant in this matter.

Dated this 11th day of December, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE AND
MOTION TO AMEND