THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER, individually,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation; HNTB CORPORATION, a Delaware corporation;<br><br>　　　　　　　　　Defendants | No. 2:17-cv-00751<br><br>**MOTION FOR CONTEMPT**<br><br>Noted: November 9, 2018 |

## I.　　RELIEF REQUESTED

Plaintiff respectfully asks the Court to enter and order that (1) finds Defendant HNTB in contempt of the Court's October 11, 2018 Order Granting Plaintiff's Motion to Compel [Dkt. No. 72]; (2) awards a per diem fine for each day that Defendant HNTB has failed and continues to fail with compliance of the Court's Order; and (3) awards Plaintiff's attorney's fees and costs in bringing this motion.

## II.　　RELEVANT FACTS

On September 19, 2018, Plaintiff filed a motion to compel HNTB's discovery responses to four (4) interrogatories and eight (8) requests for production. Dkt. No. 66. On

MOTION FOR CONTEMPT

Page 1 | No. 2:17-cv-00751

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

October 3, 2018, Plaintiff received discovery responses from HNTB. Dkt. No. 69. By HNTB's own admission, "the answers and responses [were] not complete and require[d] supplementation." *Id.*

On October 11, 2018, the Court entered an order granting Plaintiff's motion to compel, stating that "HNTB has wholly failed to satisfy its discovery obligations under the Federal Rules of Civil Procedure and has made no effort to justify that failure." Dkt. No. 72. The Court ordered HNTB to provide "full and complete responses" to Plaintiff's discovery by October 18. *Id.*

Plaintiff has waited patiently for supplemental responses, but HNTB has failed to provide responses as ordered by the Court. Plaintiff therefore asks the Court to find Defendant HNTB in contempt, sanction HNTB to deter future discovery abuses, and award attorney's fees for this motion.

### III.   EVIDENCE RELIED UPON

The Declaration of Kevin M. Hastings In Support of Plaintiff's Motion for Contempt, filed herewith, as well as the existing record on file.

### IV.   LEGAL ARGUMENT

The Court should find Defendant HNTB in civil contempt and sanction it failing to obey the Court's Order. "Civil contempt . . . consists of a party's disobedience of a specific and definite court order by failure to take all reasonable steps within the party's power to comply." *In re Dual-Deck Video Cassette Recorder Antitrust Litigation*, 10 F.3d 693, 695 (9th Cir. 1993). Sanctions for civil contempt may be imposed to coerce obedience to a court order, or to compensate the party pursuing the contempt action for injuries resulting from the contemptuous behavior, or both." *General Signal Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1380 (9th Cir. 1986). A party seeking contempt may also be entitled to attorney's fees and



costs incurred in bringing the motion. *BMG Music v. Perez*, 952 F.2d 318, 320 (9th Cir. 1991).

Here, the Court's Order here was very clear, and yet HNTB has failed to comply. Consequently, the Court should impose a per diem fine, in an amount it finds reasonable, for each day that Defendant HNTB has failed and continues to fail with compliance of the Court's Order. *See*, *e.g.*, *International Union, United Mine Workers of America v. Bagwell*, 512 U.S. 821, 829 (1994) ("a per diem fine imposed for each day a contemnor fails to comply with an affirmative court order . . . exert[s] a constant coercive pressure. . . ."). The Court should also award Plaintiff the attorney's fees incurred in bringing this motion, which amounts to **$997.50** (see Decl. of Hastings below). *Harcourt Brace Jovanovich Legal and Professional Publications, Inc. v. Multistate Legal Studies, Inc.*, 26 F.3d 948, 953 (9th Cir. 1994) ("An award of attorney's fees for civil contempt is within the discretion of the district court.").

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully asks the Court to enter and order that (1) finds Defendant HNTB in contempt of the Court's October 11, 2018 Order Granting Plaintiff's Motion to Compel [Dkt. No. 72]; (2) awards a per diem fine for each day that Defendant HNTB has failed and continues to fail with compliance of the Court's Order; and (3) awards Plaintiff's attorney's fees and costs in bringing this motion.

SIGNED this 25th day of October, 2018.

PFAU COCHRAN VERTETIS AMALA PLLC

By: ___/s/ Kevin M. Hastings_____
    Darrell L. Cochran, WSBA No. 22851
    Kevin M. Hastings, WSBA No. 42316



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

UNITED STATES            )
                         : ss
WESTERN DISTRICT COURT   )

I, KEVIN M. HASTINGS, hereby declare under penalty and perjury under the laws of the State of Washington and the United States that the following is true and correct:

I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am attorney of record for the Plaintiff in this matter.

My office has not received any supplementation to discovery from Defendant HNTB since the Court's October 11, 2018, Order Granting Plaintiff's Motion to Compel [Dkt. No. 72].

I graduated from Seattle University School of Law in 2009 with honors. Immediately after taking the bar examination in the summer of 2009, I served for two years as a judicial law clerk for the Honorable C.C. Bridgewater at Division 2 of the Washington State Court of Appeals. I then accepted a position at Pfau Cochran Vertetis Amala, PLLC, where I have been practicing complex personal injury since August 2011. I was named partner at Pfau Cochran Vertetis Amala, PLLC in January 2017. I am licensed to practice in Washington and Oregon, as well as the federal courts in the same jurisdictions. I have been named a Rising Star by the Super Lawyers publication since 2013.

My hourly rate is $475.00. This hourly rate accounts for my extensive experience and training as a trial attorney in complex personal injury law. It reflects a rate that is commonly accepted by Courts for attorneys in the Seattle area with the same or similar experience as me.

MOTION FOR CONTEMPT

Page 4 | No. 2:17-cv-00751

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

In this matter, I have spent 2.1 hours reviewing the file, researching law, and drafting/editing this pleading and declaration. Based on my hourly rate, this amounts to $997.5.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 25th day of October, 2018, in Tacoma, Washington.

By:  /s/ Kevin M. Hastings
     Kevin M. Hastings

MOTION FOR CONTEMPT

Page 5 | No. 2:17-cv-00751



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

# CERTIFICATE OF SERVICE

I, **Sarah Awes** hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via ECR by directing delivery to the following individuals:

Michael A. Jaeger
Keith M. Hayasaka
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1111 Third Ave. Suite 2700
Seattle, Washington 98101
Attorneys for Defendant Seattle Tunnel Partners

Timothy J. Repass
Gavin Radkey
WOOD SMITH HENNING & BERMAN
520 Pike Street, Suite 1525
Seattle, WA 98101
Attorneys for Defendant Harris Rebar Seattle, Inc.

R. Scott Fallon
Tyler Hermsen
FALLON McKINLEY & WAKEFIELD, PLLC
1111 3rd Ave, Ste. 2400
Seattle, WA 98101
Attorneys for HNTB Corporation

Gregory Wallace
LAW OFFICE OF VITALE & WALLACE
800 Fifth Avenue, Ste. 3800
Seattle, WA 98104

DATED this 25th day of October, 2018.

_/s/ Sarah Awes_
Sarah Awes
Legal Assistant

