UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER,<br><br>              Plaintiff,<br>    v.<br>SEATTLE TUNNEL PARTNERS, *et al.*,<br><br>              Defendants. | No. C17-0751RSL<br><br>ORDER CONSOLIDATING CASES |
| DEVIN A. WHITTIER,<br><br>              Plaintiff,<br>    v.<br>HARRIS STEEL, INC., *et al.*,<br><br>              Defendants. | No. C18-0217RSL |

This matter comes before the Court on the "Motion, Stipulation, and Order to Consolidate" submitted by the parties on November 2, 2018, in the above-captioned cases. The stipulated motion to consolidate is GRANTED. It is hereby ORDERED that cause number C18-0217RSL be closed and all documents filed in the future regarding these matters be filed under cause number C17-0751RSL and bear the caption:

ORDER CONSOLIDATING CASES

|  |  |
|---|---|
| DEVIN A. WHITTIER, | No. C17-0751RSL |
| Plaintiffs, | |
| v. | |
| SEATTLE TUNNEL PARTNERS, *et al.*, | |
| Defendants. | |

Plaintiff shall, within fourteen days of the date of this Order, file a Consolidated Complaint setting forth all of his claims against all defendants in a single operative pleading. No new claims or parties shall be added. A consolidated case management schedule will be issued.

DATED this 6th day of November, 2018.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge