UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN WHITTIER,

    Plaintiff,

v.

SEATTLE TUNNEL PARTNERS, *et al.*,

    Defendants.

NO. C17-0751RSL

ORDER DENYING MOTION FOR CONTEMPT

This matter comes before the Court on plaintiff's "Motion for Contempt." Dkt. # 92. The Court's order awarding fees set no deadline for payment, plaintiff made no request or demand for payment, and defendant Harris Rebar Seattle, Inc., tendered the amount awarded shortly after the motion was filed. The motion is DENIED. The Court declines to award fees.

Dated this 18th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR CONTEMPT - 1