UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN WHITTIER,<br><br>        Plaintiff,<br><br>       v.<br><br>SEATTLE TUNNEL PARTNERS, *et al.*,<br><br>        Defendants. | NO. C17-0751RSL<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on "Plaintiff's Motion to File Overlength Brief." Dkt. # 125. The motion is GRANTED. Defendants may file a response memorandum of up to 17 pages. Plaintiff's reply "shall not exceed one-half the total length of the brief filed in opposition." LCR 7(f)(4).

Dated this 21st day of May, 2019.

*MNT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH BRIEF- 1