# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEVIN A. WHITTIER,

    Plaintiff,

vs.

SEATTLE TUNNEL PARTNERS, *et al.,*

    Defendants.

NO. C17-751RSL

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The trial date and any remaining pretrial deadlines are hereby STRICKEN pending the Court's ruling on Defendant Seattle Tunnel Partners' Motion for Partial Summary Judgment (Dkt. # 96). The Court will re-note the Motions in Limine.

DATED this 21st day of May, 2019.

                        /s/Kerry Simonds
                        by Kerry Simonds, Deputy Clerk
                        To Robert S. Lasnik, Judge
                        206-370-8519

MINUTE ORDER