UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER,<br><br>             Plaintiff,<br><br>      v.<br><br>SEATTLE TUNNEL PARTNERS, *et al.*,<br><br>             Defendants. | Cause No. C17-0751RSL<br><br>ORDER GRANTING MOTION TO SET TRIAL DATE |

    This matter comes before the Court on plaintiff's "Motion to Set a Trial Date." Dkt. # 151. The motion is GRANTED. An amended case management order will be issued based on a November 1, 2021, trial date. The undersigned hopes that the parties, witnesses, and jurors will all be present in the courtroom at the start of trial, but is prepared to conduct a remote jury trial if the COVID-19 pandemic makes it unsafe to gather.[1]

    Dated this 17th day of February, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

---

[1] Defendants' concerns are not unreasonable, but this district has been at the vanguard in developing procedures for remote civil jury trials, including careful choice of platform and ensuring juror access. The district has not, as yet, had any problems related to "Zoom bombing" or a lack of juror attentiveness.

ORDER - 1