UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER, individually,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware Corporation; HNTB, a Delaware Corporation; HARRIS REBAR SERVICES CORP, INC., a corporation; JANE AND JOHN DOES 1-10,<br><br>Defendants. | NO: 2:17-cv-00751<br><br>**ORDER GRANTING HARRIS REBAR SERVICES CORP, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT OF DISMISSAL** |

THIS MATTER having come before the Court on defendant Harris Rebar Services Corp, Inc.'s Renewed Motion for Summary Judgment of Dismissal, and the Court, having reviewed the Motion, inclusive of the Declarations of William Brack and Gregory Wallace, and having received a response from Plaintiff Devin A. Whittier stating he does not oppose the Motion, and having received no response to the Motion from the other defendants, it is hereby:

ORDERED AND DECREED that Harris Rebar Services Corp, Inc.'s Renewed Motion for Summary Judgment of Dismissal is GRANTED.

/ / /

ORDER GRANTING DEFENDANT HARRIS REBAR SERVICES CORP., INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT OF DISMISSAL - 1

LAW OFFICE OF MACKAY & WALLACE
Mailing Address:
1299 Zurich Way, Suite 460
Schaumburg, IL 60196
T: (206) 515-4800 / Fax (206) 515-4848

Plaintiff Devin Whittier's claims against Harris Rebar Services Corp, Inc. are Dismissed with Prejudice and without Costs.

Dated this 11th day of April, 2022.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Presented by:

LAW OFFICE OF MACKAY & WALLACE

By: s/ Gregory G. Wallace
Gregory G. Wallace, WSBA # 29029
Attorneys for Defendant, Harris Rebar Services Corp, Inc.

ORDER GRANTING DEFENDANT HARRIS REBAR SERVICES CORP., INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT OF DISMISSAL - 2

LAW OFFICE OF MACKAY & WALLACE
Mailing Address:
1299 Zurich Way, Suite 460
Schaumburg, IL 60196
T:  (206) 515-4800 / Fax  (206) 515-4848