# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEVIN WHITTIER, Individually,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; HARRIS REBAR SEATTLE, INC., a Delaware corporation; and HNTB CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendants. | NO. 2:17-CV-00751-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1) |

## STIPULATION

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims against HNTB CORPORATION only in this action shall be dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorney fees and costs.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1) - 1
(Case No. 2:17-CV-00751)

**Betts**
**Patterson**
**Mines**
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| | | |
|---|---|---|
| 1 | DATED this 20th day of May, 2022 | BETTS, PATTERSON & MINES, P.S. |
| 2 | | By *s/ R. Scott Fallon* |
| | | By *s/ Nancy T. McKinley* |
| 3 | | By *s/ Rebecca R. Morris* |
| | | By *s/ Eden E. Goldman* |
| 4 | | |
| 5 | | R. Scott Fallon          WSBA #2574 |
| | | Nancy T. McKinley     WSBA #7992 |
| 6 | | Rebecca R. Morris      WSBA #46810 |
| | | Eden E. Goldman        WSBA #54131 |
| 7 | | Betts, Patterson & Mines, P.S. |
| 8 | | 701 Pike Street, Suite 1400 |
| | | Seattle, WA  98101 |
| 9 | | TEL:  (206) 292-9988 |
| | | FAX: (206) 343-7053 |
| 10 | | E-mail:  bfallon@bpmlaw.com |
| | | E-mail:  nmckinley@bpmlaw.com |
| 11 | | E-mail:  rmorris@bpmlaw.com |
| 12 | | E-mail:  egoldman@bpmlaw.com |
| | | Attorneys for Defendant HNTB Corporation |
| 13 | DATED this 20th day of May, 2022 | PFAU COCHRAN VERTETIS AMALA |
| 14 | | By *s/ Darrell L. Cochran* |
| 15 | | By *s/ Kevin Hastings* |
| | | By *s/ Tom Vertetis* |
| 16 | | |
| 17 | | Darrell L. Cochran     WSBA #22851 |
| | | Kevin Hastings          WSBA #42316 |
| 18 | | Tom Vertetis             WSBA #29805 |
| | | Pfau Cochran Vertetis Amala |
| 19 | | 911 Pacific Avenue, Suite 200 |
| | | Tacoma, WA 98402 |
| 20 | | TEL:  (253) 777-0799 |
| | | FAX:  (253) 617-0270 |
| 21 | | EMAIL:  darrell@pcvalaw.com |
| 22 | | EMAIL:  kevin@pcvalaw.com |
| | | EMAIL:  tom@pcvalaw.com |
| 23 | | Attorneys for Plaintiff |
| 24 | | |
| 25 | | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1)  - 1
(Case No. 2:17-CV-00751)

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## ORDER OF DISMISSAL

Based on the parties' Stipulation for Dismissal with Prejudice and Without Costs filed herewith, IT IS HEREBY ORDERED that all claims against HNTB CORPORATION only in this action are dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorney fees and costs.

Dated this 23rd day of May, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1) - 1
(Case No. 2:17-CV-00751)

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988