UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVIN WHITTIER, Individually,<br><br>    Plaintiff,<br><br>    v.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; and HARRIS REBAR SEATTLE, INC., a Delaware corporation,<br><br>    Defendants. | NO. 2:17-cv-00751-SAB<br><br>**ORDER RESETTING PRETRIAL CONFERENCE AND DEADLINES** |

Due to the Court's unavailability, the pretrial conference currently set for May 7, 2023 is reset to May 2, 2023. Consequently, certain trial preparation deadlines need to be adjusted according to the new pretrial conference date.

Accordingly, **IT IS ORDERED:**

1. The pretrial conference set for May 7, 2023 is rescheduled to **May 2, 2023**, at **11:00 a.m**., by videoconference. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

2. A status conference is set for **March 28, 2023**, at 11:00 a.m. by videoconference. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

3. The Seventh Amended Jury Trial, ECF No. 199, is amended as follows:

**ORDER RESETTING PRETRIAL CONFERENCE AND DEADLINES** ~ 1

## TRIAL PREPARATION DEADLINES

**3. Exhibit and Witness Lists.**

    A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **April 11, 2023**.

    D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **April 18, 2023**.

    E. *Responses*: Responses, if any, to objections shall be filed and served on or before **April 25, 2023**.

**4. Pretrial Exhibit Stipulation.**

    B. *Deadline*: The pretrial exhibit stipulation shall be filed on **April 25, 2023**.

**6. Pretrial Order.**

    A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **April 28, 2023** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**7. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **April 27, 2023**.

//
//
//
//
//
//
//
//
//
//
//

**ORDER RESETTING PRETRIAL CONFERENCE AND DEADLINES ~ 2**

**8. Jury Instructions.** No later than **April 27, 2023**, the parties shall file jointly proposed jury instructions.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of March 2023.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER RESETTING PRETRIAL CONFERENCE AND DEADLINES ~ 3**