1
2
3
4
5             UNITED STATES DISTRICT COURT
6          WESTERN DISTRICT OF WASHINGTON
7

| | |
|---|---|
| 8 DEVIN WHITTIER, Individually, | |
| 9      Plaintiff, | NO.  2:17-cv-00751-SAB |
| 10      v. | |
| 11 SEATTLE TUNNEL PARTNERS, a joint | **ORDER RESETTING** |
| 12 venture; and HARRIS REBAR SEATTLE, | **PRETRIAL CONFERENCE AND** |
| 13 INC., a Delaware corporation, | **TRIAL** |
| 14      Defendants. | |
| 15 | **JURY TRIAL SCHEDULED FOR** |
| 16 | **JANUARY 30, 2024** |
| 17 | |

18      Due to a pending criminal trial, the Court is unavailable to preside over the
19 current May 30, 2023 jury trial. Based on the parties' representations and the
20 Court's availability, the next available trial date is January 30, 2024.

21      Accordingly, **IT IS ORDERED:**

22      1.   The pretrial conference set for May 2, 2023 is rescheduled for **January
23 8, 2024**, at **11:00 a.m**., in-person, in **Seattle**, Washington.

24      2.   The May 30, 2023 jury trial is **CONTINUED** to **January 30, 2024**, in
25 **Seattle**, Washington.

26      3.   The pretrial exhibit stipulation shall be filed on **December 15, 2023**.

27      4.   A joint Pretrial Order shall be filed on or before **December 15, 2023,** and
28 a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

**ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL** ~ 1

1    5.  Trial briefs and voir dire shall be filed by **December 15, 2023**.

2    6.  No later than **December 15, 2023**, the parties shall file jointly proposed

3  jury instructions.

4      **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

5  this Order and to provide copies to counsel.

6      **DATED** this 20th day of April 2023.

7

8

9

10  _____

11      Stanley A. Bastian
      U.S. District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL ~ 2**