UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVIN WHITTIER, Individually,<br><br>    Plaintiff,<br><br>    v.<br><br>SEATTLE TUNNEL PARTNERS, a joint venture; and HARRIS REBAR SEATTLE, INC., a Delaware corporation,<br><br>    Defendants. | NO. 2:17-cv-00751-SAB<br><br>**ORDER DISMISSING ALL REMAINING CLAIMS; CLOSING FILE** |

    Before the Court is the parties' Stipulation for Entry of Order Dismissing All Remaining Claims, ECF No. 237. The remaining parties in this action stipulate that all remaining claims between and among them be dismissed without prejudice and without costs or fees to any party.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ALL REMAINING CLAIMS; CLOSING FILE ~ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation for Entry of Order Dismissing All Remaining Claims, ECF No. 237, is **GRANTED**.

2. All remaining claims between and among the remaining parties are dismissed without prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 26th day of March 2024.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER DISMISSING ALL REMAINING CLAIMS; CLOSING FILE ~ 2**